## JOHNSON v. BARNHILL CONTRACTING CO.

No. 19P96

Case below: 121 N.C.App. 55

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## JONES v. WILLAMETTE INDUSTRIES, INC.

No. 495P95

Case below: 120 N.C.App. 591

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## JUSTICE v. N.C. DEPT. OF TRANSPORTATION

No. 54A96

Case below: 121 N.C.App. 314

Petition by Attorney General for writ of supersedeas allowed 8 February 1996. Motion by Attorney General for temporary stay dismissed as moot 8 February 1996.

## KRYDER v. CHAPEL HILL-CARRBORO BD. OF EDUCATION

No. 522P95

Case below: 120 N.C.App. 646

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## LAVELLE v. SCHULTZ

No. 558P95

Case below: 120 N.C.App. 857

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.